# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD A. SHAMBLIN and DAWN SHAMBLIN,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>CHESAPEAKE ENERGY CORPORATION, CHESAPEAKE APPALACHIA, LLC, NOMAC DRILLING, LLC, GENE D. YOST & SON, INC., YOST DRILLING, LLC, HODGES TRUCKING COMPANY, LLC, and GREAT PLAINS OILFIELD RENTAL, LLC,<br><br>　　　　Defendants. | CIVIL ACTION NO. 3:12-cv-0089<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this ___25th___ day of April, 2012, **IT IS HEREBY ORDERED** that removing Defendants Chesapeake Energy Corporation, Chesapeake Appalachia, LLC, Nomac Drilling, LLC, Gene D. Yost & Son, Inc., Yost Drilling, LLC, Hodges Trucking Company, LLC, and Great Plains Oilfield Rental, LLC are given leave to file an amended notice of removal within **twenty-one (21) days** of the date of this order. If the Defendants fail to do so, the action will be remanded to the Court of Common Pleas of Bradford County, Pennsylvania.

　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　United States District Judge