**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TODD A. SHAMBLIN and DAWN SHAMBLIN, | |
| | CIVIL ACTION NO. 3:12-CV-0089 |
| Plaintiffs, | |
| v. | (JUDGE CAPUTO) |
| CHESAPEAKE ENERGY CORPORATION, CHESAPEAKE APPALACHIA, LLC, NOMAC DRILLING, LLC, GENE D. YOST & SON, INC., YOST, LLC, HODGES TRUCKING COMPANY, LLC, and GREAT PLAINS OILFIELD RENTAL, LLC, | |
| Defendants. | |

## ORDER

**NOW**, this ___25th___ day of May, 2012, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss (Doc. 3) is **GRANTED in part** and **DENIED in part** as follows:

(1) The claims against Defendants Gene D. Yost & Son, Inc. and Yost, LLC are **DISMISSED.**

(2) The motion is **DENIED** in all other respects.


 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge